UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PETER ARROYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:23-cv-119-RJ |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before United States Magistrate Judge Robert B. Jones, Jr. for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED**, upon consent of Plaintiff, that Defendant's Motion for Remand to the Commissioner [DE-16] is ALLOWED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

This Judgment filed and entered on August 29, 2023 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

 /s/ Jacqueline B. Grady
Jacqueline B. Grady,
Deputy Clerk