UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PEDRO ARROYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:23-cv-119-RJ |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before United States Magistrate Judge Robert B. Jones, Jr. for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED,** upon stipulation and agreement of the parties, that Defendant pay to Plaintiff $8,450.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This Judgment filed and entered on September 14, 2023 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

 /s/ Jacqueline B. Grady
Jacqueline B. Grady,
Deputy Clerk